```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 07575
   CARLA R JONES
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-8425


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 03/29/2008 and was confirmed 05/21/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was dismissed after confirmation 01/21/2009.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
   MIDLAND CREDIT MANAGEMEN  UNSECURED          656.44          .00          .00
   PEOPLES ENERGY            UNSECURED        NOT FILED         .00          .00
   AT&T CREDIT MANAGEMENT C  UNSECURED        NOT FILED         .00          .00
   CALVARY PORTFOLIO SVCS    UNSECURED        NOT FILED         .00          .00
   CHECK & GO                UNSECURED        NOT FILED         .00          .00
   CITY OF CHICAGO PARKING   UNSECURED          420.00          .00          .00
   SBC AMERITECH             UNSECURED        NOT FILED         .00          .00
   SBC                       UNSECURED        NOT FILED         .00          .00
   SBC                       UNSECURED        NOT FILED         .00          .00
   SBC                       UNSECURED        NOT FILED         .00          .00
   GATEWAY FINANCIAL SERVIC  UNSECURED        NOT FILED         .00          .00
   COMMONWEALTH EDISON       UNSECURED        NOT FILED         .00          .00
   COMMONWEALTH EDISON       UNSECURED        NOT FILED         .00          .00
   ILLINOIS STATE HIGHWAY A  UNSECURED         1417.40          .00          .00
   JAMES GORMAN              UNSECURED        NOT FILED         .00          .00
   SBC                       UNSECURED        NOT FILED         .00          .00
   GREGORY EMERGENCY PH      UNSECURED        NOT FILED         .00          .00
   ASSET ACCEPTANCE LLC      UNSECURED          222.97          .00          .00
   ST FRANCIS HOSPITAL       UNSECURED        NOT FILED         .00          .00
   PRA RECEIVABLES MGMT      UNSECURED          620.42          .00          .00
   SPRINT                    UNSECURED        NOT FILED         .00          .00
   T-MOBILE USA              UNSECURED          241.12          .00          .00
   WEST SIDE EMERGENCY PHYS  UNSECURED        NOT FILED         .00          .00
   WEST SIDE EMERGENCY PHYS  UNSECURED        NOT FILED         .00          .00
   LVNV FUNDING LLC          UNSECURED             .00          .00          .00
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,464.00                   1,171.87
   TOM VAUGHN                TRUSTEE                                       100.16
   DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS        DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 07575 CARLA R JONES
```

```
--------------------------------------------------------------------------------
TRUSTEE                                    1,272.03

PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                    1,171.87
TRUSTEE COMPENSATION                                                100.16
DEBTOR REFUND                                                          .00
                                         ---------------    ---------------
TOTALS                                     1,272.03            1,272.03
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 07575 CARLA R JONES